UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JASON J. HEATH, *et al.*,

       Defendants.

Case No. 3:26-cr-11

District Judge Michael J. Newman

---

### ORDER: (1) GRANTING THE GOVERNMENT'S MOTION TO UNSEAL THE CASE (Doc. No. 26); AND (2) DIRECTING THE CLERK OF COURT TO UNSEAL THE CASE FROM THE INDICTMENT (Doc. No. 18) FORWARD

---

For good cause shown, the Court **GRANTS** the Government's motion to unseal this case (Doc. No. 26) and **DIRECTS** the Clerk of Court to unseal the case from the Indictment (Doc. No. 18) forward.  This Order does not preclude a party, in the future, from seeking leave of Court to file a document under seal.

       **IT IS SO ORDERED.**

February 18, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge