UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,                              Case No. 3:26-cr-11

vs.

JASON J. HEATH, *et al.*,             District Judge Michael J. Newman

      Defendants.

_____

## SCHEDULING ORDER
_____

      This criminal case is before the Court following Defendants' indictment on February 10, 2026 and Defendants' arraignments.  The parties have filed a proposed scheduling order in which they report that the present Speedy Trial Act deadline in this case is **April 21, 2026**.[1]  Doc. No. 29.  Based on the parties' proposed scheduling order, the Court sets the following schedule in this case:

| | |
|---|---|
| Discovery deadline: | **March 2, 2026** |
| Motion filing deadline: | **March 20, 2026** |
| Status report deadline: | **March 23, 2026** |
| Jury trial: | **April 20, 2026 at 9:30 AM** |

      The Court is amenable to extending these deadlines upon written motion by the parties subject to the requirements of the Speedy Trial Act.

      **IT IS SO ORDERED.**

February 24, 2026                   s/Michael J. Newman
                                     Hon. Michael J. Newman
                                     United States District Judge

---

[1] If counsel disagrees with this calculation, counsel shall contact the Court with their Speedy Trial Act calculation and deadline.