UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

Plaintiff, Case No. 3:26-cr-11

vs.

JASON HEATH, *et al.*, District Judge Michael J. Newman

Defendants.

---

**ORDER: (1) AMENDING THE COURT'S PREVIOUS CALENDAR ORDER (Doc. No. 60); AND (2) FINDING THAT THE SPEEDY TRIAL ACT DEADLINE IS DECEMBER 27, 2026**

---

In this criminal case, the Court previously issued an Order granting Defendants' unopposed motion to continue. Doc. No. 60. In that Order, the Court found the new Speedy Trial Act deadline to be October 27, 2026. *Id.* Upon further review, the Court hereby **AMENDS** its previous Order solely with respect to the Speedy Trial Act deadline. *Id.* Consequently, the Court **FINDS** that the current **Speedy Trial Act deadline in this case is December 27, 2026**[1].

**IT IS SO ORDERED.**

August 19, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge

---

[1] If counsel disagrees with this calculation, counsel shall file a notice containing their proposed Speedy Trial Act calculation and deadline.